IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MID-EAST OIL COMPANY and<br>HORIZONTAL EXPLORATION LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>G7 GLOBAL HOLDINGS, LLC d/b/a<br>G7 ENERGY HOLDINGS PA, LLC and<br>JAMES A. BERNARDONI, JR., individually,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:15-cv-00463-MPK<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER OF COURT**

AND NOW, this __25th__ day of __June__, 2015, upon consideration of Plaintiffs' Motion for Entry of Default Judgment and the affidavit attached thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is hereby GRANTED. Judgment is entered in favor of Plaintiffs, Mid-East Oil Company and Horizontal Exploration LLC, and against Defendant, James A. Bernardoni, Jr., in the amount of $28,090,452.82.

BY THE COURT:

*/s/ Maureen P. Kelly*
~~United States District Judge~~
**MAUREEN P. KELLY**
**UNITED STATES MAGISTRATE JUDGE**

LIT:587633-1 030283-168280